**UNDER SEAL** 70424892

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia


FILED
DEC - 4 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

United States of America )
v. )
YOUNG YI ) Case No. 1:17-CR-224
)
)
Defendant )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* YOUNG YI,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to commit health care & wire fraud in violation of 18 U.S.C. § 1349
Health care fraud in violation of 18 U.S.C. §§ 1347 & 2
Conspiracy to defraud the United States n violation of 18 U.S.C. § 371
False tax return in violation of 26 U.S.C. § 7206(1)

Date: 10/12/2017

_J. Lanham_
*Issuing officer's signature*

City and state: Alexandria, Virginia

J. Lanham, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/12/17, and the person was arrested on *(date)* 12/4/17
at *(city and state)* Sterling, VA.

Date: 12/4/17

_Laura L. Walker_
*Arresting officer's signature*

Laura L. Walker - Special Agent
*Printed name and title*