# UNITED STATES DISTRICT COURT
for the

Easter District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Young Yi<br>*Defendant* | )<br>)<br>)  Case No.  1:17-cr-224<br>)<br>) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court  *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

> Greenway Court
> Unit 102
> Fairfax, VA

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above.  We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

> Young Yi

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100  (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: February 5, 2018

City and state: _Sterling , VA_

_Young Chu Yi_
Property owner's printed name

_Young Chu Yi_
Defendant (if a property owner)

Property owner's signature

Property owner's printed name

Property owner's signature

Property owner's printed name

Property owner's signature

Sworn and signed before me.

Date: February 5, 2018

CLERK OF COURT

Signature of Clerk or Deputy Clerk

Agreement accepted.

Date: February 5, 2018

UNITED STATES OF AMERICA

Assistant United States Attorney's signature

Agreement approved.

Date: February 5, 2018

Judge's signature

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Young Yi<br>*Defendant* | )<br>)<br>)   Case No.  1:17-cr-224<br>)<br>) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

Promissory Note from Eun Kun Lee and Missy News, LLC

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

Promissory Note from Eun Kun Lee and Missy News, LLC

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court  orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

Date: <u>February 5, 2018</u>

City and state: <u>Sterling, VA</u>

_Young Chul Yi_

_Defendant (if a property owner)_

<u>Young Chul Yi</u>

_Property owner's printed name_

_Property owner's signature_

_____

_Property owner's printed name_

_____

_Property owner's signature_

_____

_Property owner's printed name_

_____

_Property owner's signature_

Sworn and signed before me.

Date: <u>February 5, 2018</u>

_CLERK OF COURT_

_Signature of Clerk or Deputy Clerk_

Agreement accepted.

Date: <u>February 5, 2018</u>

_UNITED STATES OF AMERICA_

_____

_Assistant United States Attorney's signature_

Agreement approved.

Date: <u>February 5, 2018</u>

_____

_Judge's signature_

·I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:17-cr-224 |
| Young Yi | ) |
| *Defendant* | ) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

Lullaby Drive
Germantown, MD

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

Owner: Young Chu Yi ; Kwang C. Kim

Attachments: Quitclaim Deed (copy)
Title (Original)
Homeowner's Insurance Policy

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court rders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

Date: February 5, 2018

*Young Chu Yi*
_____
Defendant (if a property owner)

City and state: German town, MD

*KWANG CHO KIM*
_____
Property owner's printed name

*Kwang CHO Kim*
_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

*Young Chu Yi*
_____
Property owner's printed name

_____
Property owner's signature

Sworn and signed before me.

CLERK OF COURT

Date: February 5, 2018

_____
Signature of Clerk or Deputy Clerk

Agreement accepted.

UNITED STATES OF AMERICA

Date: February 5, 2018

_____
Assistant United States Attorney's signature

Agreement approved.

Date: February 5, 2018

_____
Judge's signature

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:17-cr-224 |
| Young Yi | ) | |
| *Defendant* | ) | |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

Heritage Village Plaza
Unit 125
Gainesville, VA 20121

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above.  We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

Owner:   7001 Heritage Village Plaza, 125, LLC (Sole Owner: Young Yi)

Attachments: Deed (copy)
Operating Agreement of 7001 Heritage Plaza, 125, LLC
Commonwealth of VA Articles of Organization of a Domestic LLC

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

Date: February 5, 2018

City and state: _Sterling , CA_

_Young Chu Yi_
_____
Property owner's printed name

_Young Chu Yi_
_____
Defendant (if a property owner)

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

Sworn and signed before me.

Date: February 5, 2018

Agreement accepted.

Date: February 5, 2018

Agreement approved.

Date: February 5, 2018

*CLERK OF COURT*

_____
Signature of Clerk or Deputy Clerk

*UNITED STATES OF AMERICA*

_____
Assistant United States Attorney's signature

_____
Judge's signature

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:17-cr-224 |
| Young Yi | ) | |
| *Defendant* | ) | |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

> Lee Highway
> Unit 401
> Centerville, VA 20121

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above.  We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

> Owner:   New Covenant Foundation, Inc. (Executive Director: Bum Hyun Son)

> Attachments: Deed (copy)
> Written Consent of Directors of New Covenant Foundation

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court  rders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

Date: <u>February 5, 2018</u>

City and state: <u>Sterling, VA</u>

_____
*Defendant (if a property owner)*

<u>Bum Hyun Son</u>
_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

Sworn and signed before me.

Date: <u>February 5, 2018</u>

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Agreement accepted.

*UNITED STATES OF AMERICA*

Date: <u>February 5, 2018</u>

_____
*Assistant United States Attorney's signature*

Agreement approved.

Date: <u>February 5, 2018</u>

_____
*Judge's signature*

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  1:17-cr-224 |
| Young Yi | ) |
| *Defendant* | ) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

Lee Highway
Unit 402
Centerville, VA 20121

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above.  We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

Owner:   New Covenant Foundation, Inc. (Executive Director: Bum Hyun Son)

Attachments: Deed (copy)
Written Consent of Directors of New Covenant Foundation

*Surety Information.*  We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.*  We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court  rders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.*  This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.*  If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

Date:  February 5, 2018

City and state:  Sterling, VA

_____
Bum Hyun Son
*Property owner's printed name*

_____
*Property owner's printed name*

_____
*Property owner's printed name*

Sworn and signed before me.

Date:  February 5, 2018

Agreement accepted.

Date:  February 5, 2018

Agreement approved.

Date:  February 5, 2018

_____
*Defendant (if a property owner)*

_____
*Property owner's signature*

_____
*Property owner's signature*

_____
*Property owner's signature*

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES OF AMERICA

_____
*Assistant United States Attorney's signature*

_____
*Judge's signature*

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.  1:17-cr-224 |
| Young Yi | ) |
| *Defendant* | ) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

Lee Highway
Unit 403
Centerville, VA 20121

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above.  We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

Owner:   New Covenant Foundation, Inc. (Executive Director: Bum Hyun Son)

Attachments: Deed (copy)
Written Consent of Directors of New Covenant Foundation

*Surety Information.*  We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.*  We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court  rders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.*  This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.*  If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

Date: February 5, 2018

City and state: _Sterling, VA_

_____
Defendant (if a property owner)

_Bum Hyun Son_
_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

Sworn and signed before me.

CLERK OF COURT

Date: February 5, 2018

_____
Signature of Clerk or Deputy Clerk

Agreement accepted.

UNITED STATES OF AMERICA

Date: February 5, 2018

_____
Assistant United States Attorney's signature

Agreement approved.

Date: February 5, 2018

_____
Judge's signature

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:17-cr-224 |
| Young Yi | ) | |
| *Defendant* | ) | |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

Lee Highway
Unit 404
Centerville, VA 20121

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

Owner:   New Covenant Foundation, Inc. (Executive Director: Bum Hyun Son)

Attachments: Deed (copy)
              Written Consent of Directors of New Covenant Foundation

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court  rders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

Date: <u>February 5, 2018</u>

City and state: <u>Sterling, VA</u>

_____
Defendant (if a property owner)

<u>Bum Hyun Son</u>
_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

Sworn and signed before me.

CLERK OF COURT

Date: <u>February 5, 2018</u>

_____
Signature of Clerk or Deputy Clerk

Agreement accepted.

UNITED STATES OF AMERICA

Date: <u>February 5, 2018</u>

_____
Assistant United States Attorney's signature

Agreement approved.

Date: <u>February 5, 2018</u>

_____
Judge's signature

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )  Case No.  1:17-cr-224 |
| Young Yi | ) |
| *Defendant* | ) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

> Lee Highway
> Unit 409
> Centerville, VA 20121

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above.  We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

> Owner:   New Covenant Foundation, Inc. (Executive Director: Bum Hyun Son)

> Attachments: Deed (copy)
>          Written Consent of Directors of New Covenant Foundation

*Surety Information.*  We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.*  We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court  rders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.*  This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.*  If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

Date: <u>February 5, 2018</u>

City and state: <u>Sterling, VA</u>

_____
Defendant (if a property owner)

<u>Bum Hyun Son</u>
_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

Sworn and signed before me.

CLERK OF COURT

Date: <u>February 5, 2018</u>

_____
Signature of Clerk or Deputy Clerk

Agreement accepted.

UNITED STATES OF AMERICA

Date: <u>February 5, 2018</u>

_____
Assistant United States Attorney's signature

Agreement approved.

Date: <u>February 5, 2018</u>

_____
Judge's signature

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:17-cr-224 |
| Young Yi | ) | |
| *Defendant* | ) | |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

Lee Highway
Unit 410
Centerville, VA 20121

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

Owner:   New Covenant Foundation, Inc. (Executive Director: Bum Hyun Son)

Attachments: Deed (copy)
Written Consent of Directors of New Covenant Foundation

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court  rders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

Date: <u>February 5, 2018</u>

City and state: *Sterling, VA*

_____
*Defendant (if a property owner)*

*Bum Hyun Son*
_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

Sworn and signed before me.

CLERK OF COURT

Date: <u>February 5, 2018</u>

_____
*Signature of Clerk or Deputy Clerk*

Agreement accepted.

*UNITED STATES OF AMERICA*

Date: <u>February 5, 2018</u>

_____
*Assistant United States Attorney's signature*

Agreement approved.

Date: <u>February 5, 2018</u>

_____
*Judge's signature*

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )  Case No.  1:17-cr-224 |
| Young Yi | ) |
| *Defendant* | ) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

Lee Highway
Unit 411
Centerville, VA 20121

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

Owner:   New Covenant Foundation, Inc. (Executive Director: Bum Hyun Son)

Attachments: Deed (copy)
              Written Consent of Directors of New Covenant Foundation

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court  rders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

Date: <u>February 5, 2018</u>

City and state: _Sterling, VA_

_Bum Hyun Son_

| | |
|---|---|
| Property owner's printed name | Defendant (if a property owner) |

Property owner's printed name          Property owner's signature

Property owner's printed name          Property owner's signature

Property owner's printed name          Property owner's signature

Sworn and signed before me.

CLERK OF COURT

Date: <u>February 5, 2018</u>

Signature of Clerk or Deputy Clerk

Agreement accepted.

UNITED STATES OF AMERICA

Date: <u>February 5, 2018</u>

Assistant United States Attorney's signature

Agreement approved.

Date: <u>February 5, 2018</u>

Judge's signature

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

<table>
<tr><td>United States of America</td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td>Case No. 1:17-cr-224</td></tr>
<tr><td align="center">Young Yi</td><td>)</td><td></td></tr>
<tr><td align="center"><em>Defendant</em></td><td>)</td><td></td></tr>
</table>

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

> Lee Highway
> Unit 412
> Centerville, VA 20121

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

> Owner:   New Covenant Foundation, Inc. (Executive Director: Bum Hyun Son)

> Attachments: Deed (copy)
>           Written Consent of Directors of New Covenant Foundation

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court rders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

Date: February 5, 2018

City and state: _Sterling, VA_

_Bum Hyun Son_
Property owner's printed name

_Defendant (if a property owner)_

Property owner's signature

Property owner's printed name

Property owner's signature

Property owner's printed name

Property owner's signature

Sworn and signed before me.

Date: February 5, 2018

CLERK OF COURT

Signature of Clerk or Deputy Clerk

Agreement accepted.

UNITED STATES OF AMERICA

Date: February 5, 2018

Assistant United States Attorney's signature

Agreement approved.

Date: February 5, 2018

Judge's signature

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

for the

Easter District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:17-cr-224 |
| Young Yi | ) | |
| *Defendant* | ) | |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

Crestwood Heights Drive
Unit 107
McLean, VA 22102

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

Owner: 8220 Crestwood Heights Drive 107 LLC (Sole Member: Bum Hyun Son)

Attachments: Deed (copy)
Commonwealth of Virginia Statement of Change of Registered Office
Commonwealth of VA Articles of Organization of a Domestic LLC
Operating Agreement of 8220 Crestwood Heights Drive 107, LLC
Transfer of Interest

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100  (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

Date:  February 5, 2018

City and state:  _Sterling, VA_

_____
_Defendant (if a property owner)_

_Bum Hyun Son_
_____
_Property owner's printed name_

_____
_Property owner's signature_

_____
_Property owner's printed name_

_____
_Property owner's signature_

_____
_Property owner's printed name_

_____
_Property owner's signature_

Sworn and signed before me.

Date:  February 5, 2018

CLERK OF COURT

_____
_Signature of Clerk or Deputy Clerk_

Agreement accepted.

Date:  February 5, 2018

UNITED STATES OF AMERICA

_____
_Assistant United States Attorney's signature_

Agreement approved.

Date:  February 5, 2018

_____
_Judge's signature_

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

# UNITED STATES DISTRICT COURT

### for the

### Easter District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:17-cr-224 |
| Young Yi | ) | |
| *Defendant* | ) | |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

Redrose Drive
Sterling, VA 20165

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

Owner: Bum Hyun Son

Attachments: Deed (copy)
Deed Of Conveyance (copy)
Home Equity Line of Credit on Property (M&T Bank Statements)

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: <u>February 5, 2018</u>

City and state: <u>Sterling, VA</u>

<u>Bum Hyun Son</u>
*Property owner's printed name*

_____
*Defendant (if a property owner)*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

Sworn and signed before me.

Date: <u>February 5, 2018</u>

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Agreement accepted.

Date: <u>February 5, 2018</u>

*UNITED STATES OF AMERICA*

_____
*Assistant United States Attorney's signature*

Agreement approved.

Date: <u>February 5, 2018</u>

_____
*Judge's signature*