IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

YOUNG YI,
     Defendant.

No. 1:17-CR-224

Hon. Liam O'Grady

Trial: July 16, 2018

## GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

The United States of America, by and through undersigned counsel, hereby submits its list of trial exhibits.

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| A | 1 | Sleep Meeting notes (9/4/09-9/20/13) | | | | |
| A | 2 | Agreement for Professional Services between 1st Class and Yash Mehndiratta (4/10) | 1C-375951 to -375953 | | | |
| A | 3 | Agreement for Professional Services between 1st Class and Mahadevappa Hunasikatti (7/1/11) | 1C-374141 to -3474144 | | | |
| A | 4 | Responsibilities of Medical Co-Directors at First Class (7/20/11) | 1C-375946 to -375950 | | | |
| A | 5 | Summary of Week: 01/25/10 to 1/29/10 | 1B140-MISCELLANEOUS DOCUMENTS 2 - 241 | | | |
| A | 6 | Weekly New Orders Report (10/13 to 11/13) | 1B140-MISCELLANEOUS DOCUMENTS 2 - 141 to -142 | | | |
| A | 7 | Letters to 1st Class patients recommending follow-up sleep studies. | 1B140-MISCELLANEOUS DOCUMENTS 2 - 234, 232 | | | |
| A | 8 | New Orders Log-2013 | | | | |
| A | 9 | HOW WE BILL IN & OUT OF NETWORK | | | | |
| A | 10 | Tim's copy of Sleep Study Log 2011 | | | | |
| A | 11 | Daily Duties for Michelle | GJBD-421044 to -421046 | | | |
| A | 12 | Materials from Marketing Training Manual | 1B419-MARKETING TRAINING MANUAL-1-2, 20-22, 49 to -53 | | | |
| A | 13 | Doctor's Protocol - Lam | | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| A | 14 | Network Insurance and related billing documents | 1B405-William-1 to -6 | | | |
| A | 15 | Scheduling Department script | GJOL-00384151-154 | | | |
| A | 16 | Monday Weekly Deposits | 1B370-Miscellaneous Documents 2 - 70 to -72 | | | |
| A | 17 | Agreement for Professional Services between 1st Class and Kenneth Bergman (7/1/11) | 1C001-Yash Mehndiratta MD_Case 137678-428 to -431 | | | |
| A | 18 | Physician employment agreement between 1st Class and Kenneth Bergman (4/1/13) | 1B321-Bergman MD Kenneth-7 to -20 | | | |
| A | 19 | Letter from Dr. Bergman to 1st Class employees (6/20/13) | 1B322-Miscellaneous Documents 7 -13 to 14 | | | |
| A | 20 | Business Expenses Meetings & Travel (2/1/14) | 1B021-Notebook 2 -5 to -12 | | | |
| A | 21 | Topics of discussion for managers meeting 12/4/12 | 1B041-Planner-40 | | | |
| A | 22 | Checking claims | 1B370-Miscellaneous Documents 1-43 to -45, 41 | | | |
| A | 23 | Duties | 1B370-Miscellaneous Documents 1-42, 39-41 | | | |
| A | 24 | Handwritten notes about PT invoices | 1B370-Miscellaneous Documents 1-91 | | | |
| A | 25 | How your claim should be billed per insurance | 1B370-Miscellaneous Documents 2-25 | | | |
| A | 26 | Guide to Billing Collections | 1B315-Guide to Billing Collections-1-2, 113, 119-122, 147 to 157, 193-203, 221-222, 235 to -237 | | | |
| A | 27 | Cash Flow Reports | 1B317-Cash Flow Reports-1, 4-11, 32-39, 49-55, 66-73, 75-94, 128-136, 165-172 | | | |
| A | 28 | 1st Class Personnel File for Lam Duong | 1B321-Duong Lam-1, 16-31 | | | |
| A | 29 | How to Be an Outstanding Receptionist | 1B322-Miscellaneous Documents 1 -39, 57-59, 63, 78 | | | |
| A | 30 | Monthly Report May 2011 | 1B322-Monthly Report May 2011-1 to -39 | | | |
| A | 31 | Accomplishment folder | 1B325-Accomplishment-1 to -149 | | | |
| A | 32 | Sarah's Billing folder | 1B325-Sarahs Billing-1 to -12 | | | |
| A | 33 | February 2011 Monthly Report | GJ-00383128 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| A | 34 | October 2011 Monthly Report | GJ-00383218 to -21 | | | |
| A | 35 | Monthly Meeting Sign-In Sheet (9/5/12) | 1B-348-RECEIPTS_DAILY COMPLETED-000016 to -17 | | | |
| A | 36 | Monthly Meeting Sign-In Sheet (10/3/12) | 1B-348-RECEIPTS_DAILY COMPLETED-000015 | | | |
| A | 37 | General Ledger for 1st Class Sleep Diagnostics (as of 12/31/10) | IRS_CI-389647 to -389978 | | | |
| | | | | | | |
| PT | 1-01 | 1st Class ACT notes for Young Yi | | | | |
| PT | 1-01A | DME Act notes for Young Yi | | | | |
| PT | 1-02 | 1st Class Hardcopy Patient File for Young Yi | 1B133-YI YOUNG-1 to -30 | | | |
| PT | 1-03 | Sleep studies for Young Yi | 1B133-YI YOUNG-24, -17, -8 | | | |
| PT | 2-01 | 1st Class ACT notes for Erika King | | | | |
| PT | 2-02 | 1st Class Hardcopy Patient File for Erika King | 1B120-KING ERIKA-1 to -119 | | | |
| PT | 2-03 | Sleep studies for Erika King | 1B120-KING ERIKA-111, -103, -094, -084, -074, -058, -047, -036, -025 | | | |
| PT | 3-01 | 1st Class ACT notes for Champei Nouv | | | | |
| PT | 3-02 | 1st Class Hardcopy Patient File for Champei Nouv | 1B089-NOUV CHAMPEI-1 to -108 | | | |
| PT | 3-03 | Sleep studies for Champei Nouv | 1B089-NOUV CHAMPEI-99, -89, -70, -59, -48, -40, -31, -19 | | | |
| PT | 4-01 | 1st Class ACT notes for Frank Proctor | | | | |
| PT | 4-01A | DME ACT notes for Frank Proctor | | | | |
| PT | 4-02 | 1st Class Hardcopy Patient File for Frank Proctor | 1B105-PROCTOR FRANK-1 to -214 | | | |
| PT | 4-03 | Sleep studies for Frank Proctor | 1B105-PROCTOR FRANK-80, -94, -104, -111, -86, -71, -47, -29 | | | |
| PT | 4-04 | Sleep studies faxed to Dr. Bergman for Frank Proctor | 1B105-PROCTOR FRANK-197-198, 181-182 | | | |
| PT | 4-05 | CPAP Benefit Check Form, Frank Proctor, 3/11/11 | 1B105-PROCTOR FRANK-4 | | | |
| PT | 4-06 | Certificate of Medical Necessity, Frank Proctor, 12/7/12 | 1B105-PROCTOR FRANK-39 | | | |
| PT | 4-07 | Referring Physician Records for Frank Proctor | Sentinel-470545 to 470575 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| PT | 5-01 | 1st Class ACT notes for Mary Ulrey | | | | |
| PT | 5-01A | DME ACT notes for Mary Ulrey | | | | |
| PT | 5-02 | 1st Class Hardcopy Patient File for Mary Ulrey | 1B156-ULREY MARY-1 to -138 | | | |
| PT | 5-03 | Sleep studies for Mary Ulrey | 1B156-ULREY MARY-126, -114, -97, -83, -69, -51, -35 | | | |
| PT | 5-04 | Mary Ulrey File from Rocky Run Family Medicine | 1A176-00013817 to -42 | | | |
| PT | 6-01 | 1st Class ACT notes for Olga Levanda | | | | |
| PT | 6-02 | 1st Class Hardcopy Patient File for Olga Levanda | 1B364-LEVANDA OLGA-1 to -80 | | | |
| PT | 6-03 | Sleep studies for Olga Levanda | 1B364-LEVANDA OLGA-72, -64, -54, -46, -38, -29, -21 | | | |
| PT | 6-04 | 1st Class ACT – olga holmes invoice dos 1.31.11.doc | | | | |
| PT | 7-01 | 1st Class ACT notes for Joseph Boling | | | | |
| PT | 7-01A | DME ACT notes for Joseph Boling | | | | |
| PT | 7-02 | 1st Class Hardcopy Patient File for Joseph Boling | 1B285-BOLING JOSEPH-1 to -127 | | | |
| PT | 7-03 | Sleep studies for Joseph Boling | 1B284-BOLING JOSEPH-115, -94, -82, -64, -48, -31 | | | |
| PT | 7-04 | Dr. Mellis patient file for Joseph Boling | 1B477-00299702-1B477-00299801 | | | |
| PT | 8-01 | 1st Class ACT notes for Byron Donovan-Ly | | | | |
| PT | 8-01A | DME ACT Notes for Byron Donovan-Ly | | | | |
| PT | 8-02 | 1st Class Hardcopy Patient File for Byron Donovan-Ly | 1B129-DONOVAN-LY BYRON-1 to -160 | | | |
| PT | 8-03 | Sleep studies for Byron Donovan-Ly | 1B129-DONOVAN-LY BYRON-150, -137, -126, -115, -107, -94, -84, -73, -57, -44, -31 | | | |
| PT | 9-01 | 1st Class ACT notes for Tim Ahn | | | | |
| PT | 9-01A | DME ACT notes for Tim Ahn | | | | |
| PT | 9-02 | 1st Class Hardcopy Patient File for Tim Ahn | 1B259-AHN TIMOTHY-1 to -94 | | | |
| PT | 9-03 | Sleep studies for Tim Ahn | 1B259-AHN TIMOTHY-87, -76, -60, -47, -31, -16 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| PT | 9-04 | 1st Class ACT – timothy ahn invoice dos 1.31.11.doc | | | | |
| PT | 10-01 | 1st Class ACT notes for Lam Duong | | | | |
| PT | 10-01A | DME ACT notes for Lam Duong | | | | |
| PT | 10-02 | 1st Class Hardcopy Patient File for Lam Duong | 1B129-DUONG LAM-1 to -73 | | | |
| PT | 10-03 | Sleep studies for Lam Duong | 1B129-DUONG LAM-37, 26 | | | |
| PT | 10-04 | 1st Class ACT – Lam Duong invoice dos 10.28.09.doc | | | | |
| PT | 10-05 | 1st Class ACT – lam duong invoice dos 11.6.09.doc | | | | |
| PT | 10-06 | 1st Class ACT DME – lam duong invoice dos 11.7.09 | | | | |
| PT | 10-07 | 1st Class ACT – lam duong invoice dos 2.24.10.doc | | | | |
| PT | 11-01 | 1st Class ACT notes for Angie Kim | | | | |
| PT | 11-01A | DME ACT notes for Angie Kim | | | | |
| PT | 11-02 | 1st Class Hardcopy Patient File for Angie Kim | 1B120-KIM ANGIE-1 to -95 | | | |
| PT | 11-03 | Sleep studies for Angie Kim | 1B120-KIM ANGIE-81, -71, -58, -49, -39, -26 | | | |
| PT | 11-04 | 1st Class ACT – angie kim invoice dos 1.13.11.doc | | | | |
| PT | 12-01 | 1st Class ACT notes for Tuitt (Asia) Nguyen | | | | |
| PT | 12-02 | 1st Class Hardcopy Patient File for Tuitt (Asia) Nguyen | 1B092-NGUYEN ASIA-1 to -18 | | | |
| PT | 12-03 | Sleep studies for Tuitt (Asia) Nguyen | 1B092-NGUYEN ASIA-8 | | | |
| PT | 13-01 | 1st Class ACT notes for Sarah Toran | | | | |
| PT | 13-02 | 1st Class Hardcopy Patient File for Sarah Toran | 1B160-TORAN SARAH-1 to -71 | | | |
| PT | 13-03 | Sleep studies for Sarah Toran | 1B160-TORAN SARAH-59, -47, -38, -28, -17 | | | |
| PT | 14-01 | 1st Class ACT notes for Brandt Toran | | | | |
| PT | 14-02 | 1st Class Hardcopy Patient File for Brandt Toran Jr | 1B159-TORAN BRANDT JR -1 to -31 | | | |
| PT | 14-03 | Sleep studies for Brandt Toran Jr | 1B159-TORAN BRANDT JR -19, -8 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| PT | 15-01 | 1st Class ACT notes for William Cabiling | | | | |
| PT | 15-02 | 1st Class Hardcopy Patient File for William Cabiling | 1B369-CABILING WILLIAM JR-1 to -56 | | | |
| PT | 15-03 | Sleep studies for William Cabiling | 1B369-CABILING WILLIAM JR-10, -12, -25, -21 | | | |
| PT | 16 | 1st Class Patient File for David Russell | GJPR-384550, 384555 to 384561 | | | |
| PT | 16-01 | 1st Class ACT notes for David Russell | | | | |
| PT | 17-01 | 1st Class ACT notes for Aron Yabes | | | | |
| PT | 17-02 | 1st Class Hardcopy Patient File for Aron Yabes | 1B157-YABES ARON-1 to -56 | | | |
| PT | 17-03 | Sleep studies for Aron Yabes | 1B157-YABES ARON-46, -36, -26, -16 | | | |
| PT | 18-01 | 1st Class ACT notes for Jinah Clark | | | | |
| PT | 18-01A | DME ACT notes for Jinah Clark | | | | |
| PT | 18-02 | 1st Class Hardcopy Patient File for Jinah Clark | 1B396-CLARK JINAH - 1 to -88 | | | |
| PT | 18-03 | Sleep studies for Jinah Clark | 1B396-CLARK JINAH -74, -45, -27 | | | |
| PT | 19 | 1st Class Patient File for Robert Cabral | GJRC-384563, 384568 to 384575, 384580, 384585 to 384590, 384595 to 384598, 384604 to 384610, 384616, 384622 to 384628, 384633 to 384636, 384641, 384646 to 384651, 384656, 384661 to 384671, | | | |
| PT | 19-01 | 1st Class ACT notes for Robert Cabral | | | | |
| PT | 20-01 | 1st Class ACT notes for Hyon (Jay) Chol | | | | |
| PT | 20-01A | DME ACT notes for Hyon (Jay) Chol | | | | |
| PT | 20-02 | 1st Class Hardcopy Patient File for Hyon Chol "Jay" Yi | 1B414-YI HYON CHOL-1 to -71 | | | |
| PT | 20-03 | Sleep studies for Hyon Chol "Jay" Yi | 1B414-YI HYON CHOL-60, -52, -33, -20 | | | |
| PT | 21-01 | 1st Class ACT notes for Kwang Cho Kim | | | | |
| PT | 21-02 | 1st Class Hardcopy Patient File for Kwang Cho Kim | 1B234-KIM KWANG CHO-1 to -36 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| PT | 21-03 | Sleep studies for Kwang Cho Kim | 1B234-KIM KWANG CHO-7, -22, -30 | | | |
| PT | 22-01 | 1st Class ACT notes for Hyon Chu Yi | | | | |
| PT | 22-01A | DME ACT notes for Hyon Chu Yi | | | | |
| PT | 22-02 | 1st Class Hardcopy Patient File for Hyon Chu Yi | 1B133-YI HYON CHU-1 to -11 | | | |
| PT | 23-01 | 1st Class ACT notes for Christina Corriere | | | | |
| PT | 23-02 | 1st Class Hardcopy Patient File for Christina Corriere | 1B385-CORRIERE CHRISTINA-1 to -41 | | | |
| PT | 23-03 | Sleep studies for Christina Corriere | 1B385-CORRIERE CHRISTINA-27, -12 | | | |
| PT | 24-01 | 1st Class ACT notes for Anna Grivas | | | | |
| PT | 24-01A | DME ACT notes for Anna Grivas | | | | |
| PT | 24-02 | 1st Class Hardcopy Patient File for Anna Grivas | 1B243-GRIVAS ANNA-1 to -39 | | | |
| PT | 24-03 | Sleep studies for Anna Grivas | 1B243-GRIVAS ANNA-25, -11 | | | |
| PT | 25-01 | 1st Class ACT notes for Neil Brennan | | | | |
| PT | 25-02 | 1st Class Hardcopy Patient File for Neil Brennan | 1B050-BRENNAN NEIL-1 to -17 | | | |
| PT | 25-03 | Sleep studies for Neil Brennan | 1B050-BRENNAN NEIL-8 | | | |
| PT | 26-01 | 1st Class ACT notes for Reaksmey Nouv | | | | |
| PT | 26-02 | 1st Class Hardcopy Patient File for Reaksmey Nouv | 1B108-NOUV REAKSMEY-1 to -29 | | | |
| PT | 26-03 | Sleep studies for Reaksmey Nouv | 1B108-NOUV REAKSMEY-20, -9 | | | |
| PT | 27-02 | 1st Class Hardcopy Patient File for Hector Velez | 1B409-VELEZ HECTOR-1 to -137 | | | |
| PT | 27-03 | Sleep studies for Hector Velez | 1B409-VELEZ HECTOR-115, -121, -101, -88, -75, -57, -41, -30 | | | |
| PT | 28 | 1st Class ACT notes for Violeta Atienza | GJCN-421349 to -421353 | | | |
| PT | 28-02 | 1st Class Hardcopy Patient File for Violeta Atienza | 1B296-ATIENZA VIDETA-1 to -124 | | | |
| PT | 28-03 | Sleep studies for Violeta Atienza | 1B296-ATIENZA VIDETA-111, -79, -91, -64, -43, -28 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| PT | 29-01 | 1st Class ACT notes for Andrew Cabiling | | | | |
| PT | 30-01 | 1st Class ACT notes for Jenna Cabiling | | | | |
| PT | 30-01A | DME ACT notes for Jenna Cabiling | | | | |
| PT | 30-02 | 1st Class Hardcopy Patient File for Jenna Cabiling | 1B132-CABILING JENNA-1 to -53 | | | |
| PT | 30-03 | Sleep studies for Jenna Cabiling | 1B132-CABILING JENNA-43, 35, 25, 14 | | | |
| PT | 31-01 | 1st Class ACT notes for Maria Cabiling | | | | |
| PT | 31-01A | DME ACT notes for Maria Cabiling | | | | |
| PT | 32-01 | 1st Class ACT notes for Yong Sin | | | | |
| PT | 32-01A | DME ACT notes for Yong Sin | | | | |
| PT | 32-02 | 1st Class Hardcopy Patient File for Yong Sin | 1B055-SIN YONG-1 to -21 | | | |
| PT | 32-03 | Sleep studies for Yong Sin | 1B055-SIN YONG-14, -5 | | | |
| PT | 33-01 | 1st Class ACT notes for Dannie Ahn | | | | |
| PT | 33-02 | 1st Class Hardcopy Patient File for Dannie Ahn | 1B148-DONNIE AHN-1 to -75 | | | |
| PT | 33-03 | Sleep studies for Dannie Ahn | 1B148-DONNIE AHN-62, -61, -46, -35 | | | |
| PT | 34-01 | 1st Class ACT notes for Melina Yanger | | | | |
| PT | 34-01A | DME ACT notes for Melina Yanger | | | | |
| PT | 34-02 | 1st Class Hardcopy Patient File for Melina Yanger | 1B414-YANGER MELINA-1 to -73 | | | |
| PT | 34-03 | Sleep studies for Melina Yanger | 1B414-YANGER MELINA-58, -49, -36, -14 | | | |
| PT | 34-04 | 1st Class ACT DME – melina yanger invoice rental dos 10.12.10.doc | | | | |
| PT | 34-05 | 1st Class ACT – Melina Yanger invoice dos 12.23.10.doc | | | | |
| PT | 35-01 | 1st Class ACT notes for Freddie Jackson | | | | |
| PT | 35-02 | 1st Class Hardcopy Patient File for Freddie Jackson | 1B249-JACKSON FREDDIE-1 to -57 | | | |
| PT | 35-03 | Sleep studies for Freddie Jackson | 1B249-JACKSON FREDDIE-45, -33, -23, -10 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| PT | 36-01 | 1st Class ACT notes for Felicia Jackson | | | | |
| PT | 36-01A | DME ACT notes for Felicia Jackson | | | | |
| PT | 36-02 | 1st Class Hardcopy Patient File for Felicia Jackson | 1B249-JACKSON FELICIA-1 to -66 | | | |
| PT | 36-03 | Sleep studies for Felicia Jackson | 1B249-JACKSON FELICIA-10, -44, -29, -14 | | | |
| PT | 37-01 | 1st Class ACT notes for Suhaylah Chorbaji | | | | |
| PT | 37-02 | 1st Class Hardcopy Patient File for Suhaylah Chorbaji | 1B369-CHORBAJI SUHAYLAH-1 to -79 | | | |
| PT | 37-03 | Sleep studies for Suhaylah Chorbaji | 1B369-CHORBAJI SUHAYLAH-24 to -27 | | | |
| PT | 37-04 | Referral Form for Suhaylah Chorbaji | 1B369-CHORBAJI SUHAYLAH-79 | | | |
| PT | 37-05 | Molaiy Patient File Documents for Suhaylah Chorbaji | 1A162-00013641 to -55 | | | |
| | | | | | | |
| EH | 1 | Email from Dannie Ahn to Young Yi, Tim Ahn, and other 1st Class employees (6/6/08-6/13/08) | FTK report, Referring dr.rtf, No Subject-9.EML | | | |
| EH | 2 | Email from Tim Ahn, RE: October is referral month!!! (10/28/09) | Sentinel-407402 to -407403 | | | |
| EH | 3 | Email from Joy Lyle to Dannie Ahn & Young Yi, REFERRALS (12/2/10) | | | | |
| EH | 4 | Email from Joy Lyle to Erika King/billing staff, RE: Carefirst/Anthem/BCBS/Bluechoice Patients (1/12/11) | GJST-00384710 to -384711 | | | |
| EH | 5 | Email from Lam Duong to FirstClassAll, Referral Race (2/23/10) | GJBT-383229 to -383230 | | | |
| EH | 6 | Email from Joy Lyle to Dannie Ahn/billing staff RE: **IMPORTANT** Out of Pocket Statement/Concerns Email (2/7/2011) | SW2014-00419977 | | | |
| EH | 7 | 3/8/2010 email from Joy Lyle to Dannie Ahn/Joy Lyle regarding issue with insurance | GJST-00384736 | | | |
| EH | 8 | Email from Joy Lyle to Dannie Ahn, Young Yi, RE: Possible Issue w/ insurance (3/8/2010) | SENTINEL-00407414 | | | |
| EH | 9 | Email from Dr. Hunasikatti to Joy Lyle, forwarded to Young Yi/Dannie Ahn, RE: FY: HI! (3/20/2010) | SW2014-00419973 | | | |
| EH | 9-01 | Email from Young Yi to Dannie Ahn, [No subject] (10/5/10); Emails | FTK report | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| | | between Young Yi and Joy Lyle RE: Anthem Late Payments (10/14/10) | | | | |
| EH | 10 | Email from Dannie Ahn to FirstClassAll, Sleep race teams and rules (12/6/10) | GJCC-383326 to -383328 | | | |
| EH | 11 | Email from Lam Duong to FirstClassAll, 1st class referral race standings/update (1/3/11) | GJCC-383329 to -383334 | | | |
| EH | 11-01 | Emails between Young Yi, Joy Lyle, and Erika King, RE: (1/12/11) | FTK report | | | |
| EH | 12 | Email from Dannie Ahn to Joy Lyle, Erika King, Young Yi, RE: patient coinsurances (1/18/2011) | SENTINEL-00412648 | | | |
| EH | 13 | Email from Dannie Ahn to Erika King/billing staff RE: patient coinsurances (1/18/2011) | SENTINEL-00400405-406 | | | |
| EH | 14 | Email from to Young Yi to Young Yi, RE: Cigna (1/18/2011), with attachments | SENTINEL-00407416 to -18 | | | |
| EH | 15 | Email from Joy Lyle to Erika King/billing staff RE: Cigna (1/19/2011) | GJST-00384747 | | | |
| EH | 17 | Email from Joy Lyle to Erika King/billing staff regarding conversations with insurance companies (1/21/11) | GJST-00384710 | | | |
| EH | 18 | Email Chain from Joy Lyle to Young Yi, Dannie Ahn, Tim Ahn, Erika King, Melina Yanger RE: Cigna "fee-forgiving" (1/28/11) | FTK Report for 1B458 | | | |
| EH | 19 | Email from Joy Lyle to Dannie Ahn, Tim Ahn RE: insurance collections (1/28/11) | SENTINEL-00412660-00412661 | | | |
| EH | 20 | Email from Lam Duong to FirstClassAll, Last night for referral race points (1/31/11) | Sentinel-407404 to -407405 | | | |
| EH | 21 | Email from Joy Lyle to billing staff regarding out-of-pocket cost RE: **IMPORTANT** Out of Pocket Statement/Concerns (2/7/2011) | GJST-00384738 | | | |
| EH | 21-01 | Email from Joy Lyle to Dannie Ahn, Tim Ahn, Young Yi, Cigna Issue (2/10/11) | FTK Report for 1B458 | | | |
| EH | 21-02 | Emails from Tim Ahn to Dannie Ahn, Young Yi and Melina Yanger, Daily Recap – 2/8/11 (2/11-10/11) | FTK Report | | | |
| EH | 22 | Email from Joy Lyle to billing staff RE: Cigna Sleep Claims (3/1/2011) | GJST-00384748 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| EH | 22-01 | Erika King to Dannie Ahn and Young Yi, RE: EOB Numbers, 4/18/11 | FTK Report | | | |
| EH | 23 | Email from Joy Lyle to Dannie Ahn, Tim Ahn RE: Cigna (4/22/11) | SENTINEL-00412651 | | | |
| EH | 24 | Email from Erika King to Joy Lyle, Dannie Ahn, Byron Donovan-Ly & other First Class employees, Re: Sleep Studies (5/4/11) | Sentinel-433420 to -433422 | | | |
| EH | 24-01 | Erika King to Dannie Ahn and Young Yi, RE: Claims done on 8/19/11, 8/22/11 | FTK Report | | | |
| EH | 24-02 | Erika King to Dannie Ahn and Young Yi, Claims done on 8/23/11, 8/24/11 | FTK Report | | | |
| EH | 25 | Email from Joy Lyle to billing staff, Cigna Sleep studies (10/4/2011) | GJST-00384751 | | | |
| EH | 25-01 | Emails from Timothy Ahn to Dannie Ahn, Young Yi and Joy Lyle, Deposits – 11/8/11 (11/11 – 4/12) | FTK Report | | | |
| EH | 25-01A | Erika King to Dannie Ahn and Young Yi, RE: Billing issues, 11/9/11 | FTK Report | | | |
| EH | 25-02 | Erika King to Dannie Ahn and Young Yi, Claims done on Tuesday 11/15 and Wednesday 11/16/11, 11/17/11 | FTK Report | | | |
| EH | 25-03 | Marisa Rau to Dannie Ahn, Young Yi, and Erika King, Incomes And Totals, 12/7/11 | FTK Report | | | |
| EH | 25-04 | Erika King to Dannie Ahn and Young Yi, K&A billing address, 12/14/11 | FTK report | | | |
| EH | 26 | Email from Lam Duong to FirstClassAll, its that time of year …. (12/21/11) | GJBT-383226 to -38228, | | | |
| EH | 26.01 | Erika King to Dannie Ahn, Young Yi, and Marisa Rau, RE: eobs, 1/4/12 | FTK report | | | |
| EH | 26.02 | Erika King to Dannie Ahn and Young Yi, FW:, 1/5/12 | FTK report | | | |
| EH | 27 | Emails between Erika King, Young Yi, Sarah Toran and Megan Bowler, Re: Williams, Joseph 4/21/1975 (1/30/12-1/23/14) | FTK report | | | |
| EH | 28 | Email from Joy Lyle to Monica Moon RE: sleep study (2/17/2012) | SENTINEL-00407411 to -14 | | | |
| EH | 29 | Email from Melina Emile to Young Yi RE: CF Bluechoice (3/16/12) | GJST-00384703- to -04 | | | |
| EH | 30 | Emails from Lam Duong to Dannie Ahn and Young Yi, Daily Recaps (1/12 – 6/12) | | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| EH | 30-01 | Email from Lam Duong to Paul Garcia, Angie Kim, and David Cabral RE: Ulrey, Mary (4/30/12) | FTK report | | | |
| EH | 30-02 | Email from Erika King to Anna Conley, Melina Emilie, and Sarah Toran FW: signed referrals, with attachments (5/10/12) | FTK report | | | |
| EH | 30-03 | Emails between Young Yi and Erika King RE: My Tally (6/22/12-6/25/12) | FTK report | | | |
| EH | 31 | Email from Champei Nouv to kje@kenegan.net, Thank you for choosing 1st Class! (8/27/12) | GJCN-421381 to -421382 | | | |
| EH | 32 | Email from Young Yi to Lam Duong, Karleigh Cunningham & Jonathan Park (8/30/12) | FTK report, name No Subject 178.EML | | | |
| EH | 32-01 | Email from Young Yi to Erika King, Jon Park, Lam Duong, Timothy Ahn, Sarah Toran, RE: meeting (10/31/12) | FTK Report for 1B459 | | | |
| EH | 32-01A | Emails between Young Yi, Erika King, and Lam Duong, RE: employee sleep study (10/23/12) | FTK report | | | |
| EH | 32-01B | Emails between Young Yi and Erika King, RE: (10/5/12) | FTK report | | | |
| EH | 32-02 | Emails between Young Yi and Lam Duong, Re: RE (12/19/12-12/20/2012) | FTK report | | | |
| EH | 33 | Emails between Lam Duong and Joy Lyle, RE: Sleep Referrals Total (12/24/12) | Sentinel-407407 to -407408 | | | |
| EH | 33-01A | Lam Duong to Champei Nouv, et al., RE: Bt Patient Accounts, 2/19/13 | 1B438-BINDER-000071 | | | |
| EH | 33-01 | Email from Yi to Duong RE: Fwd: Meeting with Dr Mellis (2/12/13) | GJMM-00421863 to -865 | | | |
| EH | 34 | Email from Angie Kim to Sarah Toran, VIP Korean Pts (2/13/13) | 1B370-Miscellaneous Documents 4-71 | | | |
| EH | 35 | Email from Jacqueline Goad to staff (Erika King/Young Yi copied) RE: RE: Cigna Herbert Mott SO 745Cigna (3/4/2013) | GJST-00384740 to -742 | | | |
| EH | 35-01 | Email from Dannie Ahn to Young Yi, ALL Companies meeting? (3/18/13) | 1B325-Miscellaneous Documents 1-32 to -33 | | | |
| EH | 35-02 | Emails among Young Yi, Sarah Toran and Erika King, Re: Weekly Report and RE: Weekly deposits (5/13-1/14) | FTK reports | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| EH | 36 | Email from Angie Kim to Olga Levanda regarding RE: Laws, Ludshysmael (6/5/13) | GJOL-00384171 | | | |
| EH | 37 | Emails between Young Yi, Erika King and Sarah Toran, RE: TC 26 (1/4/14) | 1B325-Miscellaneious Documents 1-47 | | | |
| EH | 38 | Email from Tim Ahn to Young Yi, Re: billing (2/4/14) | 1B325-Miscellaneious Documents 1-45 | | | |
| | | | | | | |
| I | 1 | Blank CMS-1500 Claim Form | | | | |
| I | 2 | 2008 United Provider Administrative Guide | 1A446-00159007-159070 | | | |
| I | 2-01 | 2009 United Provider Administrative Guide for Medicare and Commercial Products | 1A446-00157985-158060 | | | |
| I | 2-02 | 2010 United Provider Agreement with 1st Class Sleep | 1A446-00158541-158560 | | | |
| I | 2-03 | 2011 United Provider Agreement with 1st Class Sleep | 1A451-00160135-160266 | | | |
| I | 2-04 | 2012 United Provider Agreement with 1st Class Sleep | 1A451-00160267-160412 | | | |
| I | 2-05 | 2008-2012 United Fee Schedules | 1A446-00158733-158735; 1A446-00157342-157344; 1A446-00158613-158620; 1A446-00158720-158727 | | | |
| I | 2-06 | 2009 United Provider Agreement with Quality Diagnostics | 1A446-00158324-158378 | | | |
| I | 2-07 | 2010 United Provider Agreement with Quality DME | 1A446-00157246-157269 | | | |
| I | 2-08 | One CD containing United claims data between 2008-2014 | 1A031-00002310-2311; 1A143-00011972-11977; 1A143-000192541. | | | |
| I | 2-09 | United Claim Form for Erika King, Count 2 | 1A478-00182976 to -79 | | | |
| I | 2-10 | United Claim Forms for Erika King | 1A478-00182401 to -403, -430 to -435, -680 to -683, -716 to -719, -812 to -815, -416 to -419, -976 to -979 | | | |
| I | 4 | 2009 Agreement between Quality Diagnostics and TRICARE | Sentinel-00398212-00398231 | | | |
| I | 4-01 | 2009 Agreement between 1st Class Sleep and TRICARE | Sentinel-00398233-00398251 | | | |
| I | 4-02 | One CD containing TRICARE claims data between 2008-2014 | 1A141-00011967 | | | |
| I | 4-03 | Tricare Claim Forms for Frank Proctor Sleep Studies | 1A680-00203199 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| I | 4-04 | Tricare Claim Form for Frank Proctor, Count 4 | 1A680-00203173, 77, 75, 74, 99 | | | |
| I | 5 | Master Participating Agreement between 1st Class and CareFirst | OPM-00393051-393070 | | | |
| I | 5-01 | Participating Provider Network Agreement | OPM-00391620-391624 | | | |
| I | 5-02 | 2013 Provider Participating Agreement with 1st Class Medical | 1A132-00006032-6055 | | | |
| I | 5-03 | 2013 Ancillary Agreement with 1st Class Medical | 1A132-00006059-6085 | | | |
| I | 5-04 | 2013 Agreement with 1st Class Medical | 1A132-00010329-10353 | | | |
| I | 5-05 | April 24, 2012 letter from Dr. Hunasikatti to CareFirst regarding use of his name/NPI by 1sst Class | 1A132-00006335-6336; 6334 | | | |
| I | 5-06 | One CD containing CareFirst claims data between 2008-2014 | 1A132-00006031; 6092; 6093; 6363; 6605; 10312; 10321. | | | |
| I | 5-07 | CareFirst Claim Form and Associated Support Docs for Mary Ulrey, Count 5 | 1A671-00202409.140 to .144 | | | |
| I | 5-08 | CareFirst Claim Forms for Mary Ulrey Sleep Studies | 1A671-00202409.160, .157-58, .155, .159, .129-32, .140-44 | | | |
| I | 5-09 | CareFirst Letter Requesting Support for Chorbaji Claim, with Related Claim Form and Supporting Docs | 1A132-00006282 to -92 | | | |
| I | 5-10 | CareFirst Claim Form and Associated Support Docs for Chorbaji Claim | 1A671-S CHORBAJI-ADEBO MEMBERSHIP_CLAIMS DOCS-00256 to -63 | | | |
| I | 7 | 2009 Medicare Contract with 1st Class Sleep | 1A-00440376-440394; 440646-440650. | | | |
| I | 7-01 | 2013 Medicare Contract with 1st Class Sleep | 1A-00440395-440526; 440643-440645. | | | |
| I | 7-02 | 2013 Medicare Contract between 1st Class Sleep | 1A-00440317-440373; 440652-440655. | | | |
| I | 7-03 | 2013-2014 Medicare Contract between Quality Diagnostics | 1A-00440064-440075 | | | |
| I | 7-04 | One CD containing Medicare claims data between 2008-2014 | 1A69-00004226-4226, 1A420-00142228-142270 | | | |
| I | 7-05 | Medicare local coverage determinations for sleep studies | SENTINEL-00398128-398162 | | | |
| I | 8 | 2013 Agreement between 1st Class Sleep and Cigna | OPM-00394444-394456 | | | |
| I | 8-01 | 2009 Agreement between Quality Diagnostics and Cigna | OPM-00394457-394474 | | | |
| I | 8-02 | January 5, 2011 letter to 1st Class Sleep regarding co-pay waivers | OPM-00394322-394323 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| I | 8-03 | October 20, 2014 letter to 1st Class Sleep regarding co-pay waivers | OPM-00394319-394320 | | | |
| I | 8-04 | One CD containing United claims data between 2008-2014 | 1A059-00002467-3050; 3051-3634; 3635-4218; 1A138-00011481; 11482-11514 | | | |
| I | 9 | 2011 Agreement between Aetna and 1st Class Sleep | 1A626-00192694-192866 | | | |
| I | 9-01 | 2013 Agreement between Aetna and 1st Class Sleep | 1A656-00194404-194445 | | | |
| I | 10 | Anthem agreement | 1A663-00201608-201622 | | | |
| I | 10-01 | One CD containing Anthem claims data | 1A663-00199075-199078; 1A035-00002317 | | | |
| | | | | | | |
| T | 1 | 2010 Income tax return for Young Yi & Bum H. Son (Form 1040) | IRS-385736 to - 385754 | | | |
| T | 1A | 2010 Income tax return for 1st Class Sleep Diagnostic Center, Inc. (Form 1120S) | IRS-386082 to - 386159 | | | |
| T | 2 | 2009 Income tax return for Young Yi (Form 1040) | IRS-500468 to – 500498 | | | |
| T | 2A | 2009 Income tax return for 1st Class Sleep Diagnostic Center, Inc. (Form 1120S) | IRS-500436 to - 500451 | | | |
| T | 3 | 2011 Income tax return for Young Yi & Bum H. Son (Form 1040) | IRS-385796 to -385905 | | | |
| T | 3A | 2011 Income tax return for 1st Class Sleep Diagnostic Center, Inc. (Form 1120S) | IRS-386160 to -386263 | | | |
| T | 4 | 2012 Income tax return for Young Yi & Bum H. Son (Form 1040) | IRS-385906 to - 386003 | | | |
| T | 4A | 2012 Income tax return for 1st Class Sleep Diagnostic Center, Inc. (Form 1120S) | IRS-386300 to -386371 | | | |
| T | 5 | 2013 Income tax return for Young Yi & Bum H. Son (Form 1040) | IRS-386004 to -386081 | | | |
| T | 5A | 2013 Income tax return for 1st Class Sleep Diagnostic Center, Inc. (Form 1120S) | IRS-386422 to -386507 | | | |
| T | 6 | 2014 Income tax return for Young Yi & Bum H. Son (Form 1040) | IRS-501158 to -501213 | | | |
| T | 6A | 2014 Income tax return for 1st Class Sleep Diagnostic Center, Inc. (Form 1120S) | IRS-386554 to -386633 | | | |
| T | 7 | 2015 Income tax return for Young Yi & Bum H. Son (Form 1040) | IRS-501214 to -501302 | | | |
| T | 10 | EIN application for New Covenant Foundation | IRS-386978 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| T | 11 | 501(c)(3) application for New Covenant Foundation | IRS-386979 to -397053 | | | |
| T | 12 | 2015 Return for New Covenant Foundation (Form 990) | IRS-38606 to -386858 | | | |
| T | 13 | 2016 Return for New Covenant Foundation (Form 990) | IRS-386859 to - 386904 | | | |
| | | | | | | |
| TE | 1 | Emails between Young Yi and Dannie Ahn, Re: RE: (7/12/10) | Sentinel-433416 to -433417 | | | |
| TE | 2 | Email from Dannie Ahn to Melina Yanger, Check 4263 (10/21/10) | Sentinel-433413 | | | |
| TE | 3 | Emails between Young Yi and Dannie Ahn, Re: (12/27/10) | Sentinel-433414 | | | |
| TE | 4 | Emails between Young Yi and Dannie Ahn, Re: (12/27/10) | Sentinel-433415 | | | |
| TE | 5 | Emails between Young Yi and Dannie Ahn, Re: Re: (12/27/10-12/28/10) | Sentinel-433412 | | | |
| TE | 10 | Email from Karen McCarthy to Melina Yanger, Young Yi, Tim Ward, Zahid Pervaiz and Janet Borjeson, Form 1099's (1/17/11) | 1A316-84362 to -84363 | | | |
| TE | 11 | Email from Young Yi to Karen McCarthy & Melina Yanger, Re: Form 1099 (1/24/11) | 1A316-84432 | | | |
| TE | 11-01 | Emails between Young Yi and Tim Ahn, Re: RE (1/31/11) | GJMY-421902 | | | |
| TE | 11-02 | Email from Dannie Ahn to Melina Yanger (6/23/11) | GJMY-421903 | | | |
| TE | 12 | Email from Danny Son to Jon Holmes, Young Yi, Jennifer Montoya, Re: Personal Tax Returns (9/12/12) | 1A407-141813 to -141846, 142135 to -142146 | | | |
| TE | 13 | Email from Zahid Pervaiz to Young Yi and Ken Bergman, FW: 1st Class P & L reports (9/9/13) | 1A-457233 to -457238 | | | |
| TE | 14 | Email from Tina Markland to Young Yi, Zahid Pervaiz and other 1st class employees, FW: 1st Class (6/13/13) | 1A-457249 to -457252 | | | |
| TE | 15 | Emails between Young Yi, Ellen Ahn and Zahid Pervaiz, Re: Receipts (11/18/13) | 1A-464043 to -464044 | | | |
| TE | 16 | Email from Young Yi to Ellen Ahn, Dannie Ahn and Zahid Pervaiz, RE: Receipts (11/18/13) | 1A-464039 | | | |
| | | | | | | |
| F | 1 | Signature card for M&T account x0774 | 1A164-13670 to -13671, -13746 to -13747 | | | |
| F | 1-01 | M&T statements for account x0774 (6/10 to 1/11) | 1A-00495520 to -5695 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| F | 1-01A | M&T statements x0774 (2010) | 1A-00495578 to -635, -520 to -530, -536 to -687 | | | |
| F | 1-02 | M&T checks written from account x0774 (9/10-11/10) | 1A181-15169, 15825, 15520, 15540, 15506, 15400, 15403, 15417, 15347, 15326, 15329, | | | |
| F | 1-03 | M&T check #s 55, 4263, 4264, 4687, 4688 written from M&T account x0774 (6/10-12/10) | 1A181-15519, 15799, 15880, 15961, 15962 | | | |
| F | 1-04 | M&T statements for account x0774 (2009) | 1A-00495482 to -5577 | | | |
| F | 1-05 | M&T checks written from account x0774 (2009) | 1A181-14537, 14553 to 14554, 14562, 14616, 14617, 14641-14642, 14654,14706, 14708, 14732, 14743-14744, 14755-14756, 14786, 14814-14815, 14828, 14876, 14909, 14917, 14918, 14975, 14999, 15021, 15037, 15058, 15076 | | | |
| F | 1-06 | M&T statements for account x0774 (2011) | 1A-00495688 to -5783 | | | |
| F | 1-07 | M&T checks written from account x0774 (2011) | 1A181-14333, 13903 to 13904 | | | |
| F | 1-08 | M&T statements x0774 (2012) | 1A-00499315 to -399 | | | |
| F | 1-09 | M&T checks written from account x0774 (2012) | 1A223-00035418 to -703 | | | |
| F | 1-10 | M&T statements x0774 (2013) | 1A-00499400 to -502 | | | |
| F | 1-11 | M&T statements x0774 (2014) | 1A-00499503 to -557, 1A393-00127422 to -505 | | | |
| F | 2 | Signature card for M&T account x8688 | 1A140-11913 to -11914 | | | |
| F | 2-01 | Statements for M&T bank account x8688 (2/11 to 11/11) | 1A-00495373 to -380 | | | |
| F | 2-02 | Details of wires to or from M&T bank account x8688 (2/11 to 7/11) | 1A281-00050695 to -712 | | | |
| F | 3 | Signature card for M&T account x2241 | 1A164-13742 to -13743 | | | |
| F | 4 | M&T account opening and corporate documents | 1A-164-00013694 to -698 | | | |
| F | 4-01 | M&T statements x3316 (2/2011) | 1A282-00057730 to -749, 1A-00496222 to -233 | | | |
| F | 4-02 | M&T statements x3316 (2012) | 1A-00499842 to -896 | | | |
| F | 4-03 | M&T statements x3316 (2013) | 1A-00499897 to -946 | | | |
| F | 4-04 | M&T statements x3316 (2014) | 1A-00499947 to -977, 1A393-00127666 to -715 | | | |
| F | 10 | Signature card for BB&T accounts x5528 | Sentinel-00400201 to -202 | | | |
| F | 10-01 | Statements for BB&T accounts x1273 and x5528 (10/10 through 2/11) | 1A236-48138 to -48156 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| F | 10-02 | Deposit slips for BB&T account x5528 | 1A281-50674 to -50675, -50645 to -50652 | | | |
| F | 10-03 | Details of wires to or from BB&T account x5528 (10/10-2/11) | 1A281-50617 to -50630 | | | |
| F | 20 | Purchase records for 494 River Bend Road, Great Falls, VA | 1A652-193608 to -193610, 193615-193616 | | | |
| F | 21 | Purchase records for 401 North Wabash Ave, Chicago, IL | 1A407-141079 to -141082 | | | |
| F | 30 | Liljenquist & Beckstead Purchase Receipt, 5/10/08 | 1A649-00193463 | | | |
| F | 31 | Liljenquist & Beckstead Purchase Receipt, 10/30/09 | 1A649-00193465 | | | |
| F | 32 | Miller's Furs Purchase Receipts, 9/28/08 | Sentinel-00410581 | | | |
| F | 33 | Select Auto Imports Purchase Receipts, 6/20/09 | 1A651-00193475 to -483 | | | |
| F | 34 | Jaguar Land Rover Purchase Receipt, 7/11/09 | 1A643-00192902 to -903 | | | |
| F | 35 | Alan Furman & Co Purchase Receipts, July to September 2011 | 1A646-00193392 to 396 | | | |
| | | | | | | |
| M | 1 | Indictment, plea agreement and statement of facts for Dannie Ahn | | | | |
| M | 1-01 | Immunity order for Lam Duong | | | | |
| M | 1-02 | Immunity order for Tim Ahn | | | | |
| M | 1-03 | Immunity order for Joy Lyle | | | | |
| M | 1-04 | Immunity order for Sarah Toran | | | | |
| M | 2 | 1st Class Sleep Diagnostic Center Incorporation Records | GJHCholY-383812 to -383851 | | | |
| M | 2-01 | 1st Class Medical Incorporation Records | GJHCholY-383852 to -383876 | | | |
| M | 2-02 | Kim & Associates Incorporation Records | GJHCholY-383877 to -383880 | | | |
| M | 3 | Dixon Hughes client information data form | 1A316-96638 to -96639 | | | |
| M | 3-01 | Dixon Hughes engagement & management letters for 2009 | 1A316-85354 to -85360, 85041` to -85043 | | | |
| M | 3-02 | Dixon Hughes document control sheet for 2009 Individual Income Tax Return for Young Yi | 1A407-139861 to - 139865 | | | |
| M | 3-03 | Notes regarding Young Yi estimated income for 2009 | 1A407-140199 to -140220 | | | |
| M | 3-05 | 1st Class Sleep and Affiliates combined financial statements for 2009 | 1A316-96691 to -96703 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| M | 3-06 | Dixon Hughes workpaper for 1st Class Sleep, reclassifying journal entries report for 2009 | 1A316-85222 to -85224 | | | |
| M | 3-07 | Dixon Hughes workpaper for 1st Class Sleep, adjusting journal entries report for 2009 | 1A316-85104 to -85108 | | | |
| M | 3-08 | **[RESERVED]** | | | | |
| M | 3-09 | **[RESERVED]** | | | | |
| M | 3-10 | **[RESERVED]** | | | | |
| M | 3-11 | Dixon Hughes book to tax reconciliation for 1st Class Sleep for 2009 | 1A316-85055 | | | |
| M | 3-12 | Workflow control sheets for 1st Class tax return (2009) and Young Yi tax return (2009) | 1A316-96684 to -96685, 1A407-139861 to 139862 | | | |
| M | 3-13 | Dixon Hughes engagement letter for 2010 (7/9/10) | 1A316-84308 to -84314 | | | |
| M | 4 | Young Yi 2010 Projections | 1A407-140275 | | | |
| M | 4-01 | 1st Class Sleep and Affiliates combined financial statements for 2010 | 1A316-96943 to - 96960 | | | |
| M | 4-02 | Dixon Hughes workpaper for 1st Class Sleep, reclassifying journal entries report for 2010 | 1A316-85671 to -85673 | | | |
| M | 4-03 | Dixon Hughes workpapers for 1st Class Sleep, adjusting journal entries , fixed assets& reconciliation of equity for 2010 | 1A316-89958 to -89968 | | | |
| M | 4-04 | Dixon Hughes management letter for 2010 (5/25/11) | 1A316-96896 to -96899 | | | |
| M | 4-05 | Dixon Hughes workpaper, combined detail classified for 2010 | 1A316-85361 to -85369 | | | |
| M | 4-06 | Dixon Hughes workpaper, 1st Class Trial Balance and Tax Trial Balance for 2010 | 1A316-85370 to – 85376, 90079 to 90084, 89669 to 89678 | | | |
| M | 4-07 | 1st Class - 2010 Information needed for Year-End Closing (2/3/11) | 1A316-84303 to -84304, 84285 | | | |
| M | 4-08 | Dixon Hughes book to tax reconciliation for 1st Class Sleep for 2010 | 1A316-85759 to -85767 | | | |
| M | 4-09 | 1st Class Depreciation Expense for 2010 | 1A-458316 to -485322 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| M | 4-10 | Young Yi Form W-2 (2010) | 1A316-84330 | | | |
| M | 4-11 | Form 8879-S, IRS e-File Signature Authorization for 2010 1st Class Sleep | 1A316-97461 to -97463 | | | |
| M | 4-12 | Form 8879-S, IRS e-File Signature Authorization for 2010 Young Yi & Bum H Son personal tax return | 1A407-140650 | | | |
| M | 4-13 | Summary of S corporations for Young Yi | 1A407-140235 to -140237 | | | |
| M | 4-14 | 1st Class Sleep Reconciliation Details for 10000 - M&T Bank for 2010 | 1A316-97496 to 97513, 84348 to 84355, 92300 to 92320 | | | |
| M | 4-15 | 1st Class Sleep Transaction Detail by Account for 2010 | 1A316-84444 | | | |
| M | 5 | Dixon Hughes engagement letter for 2011 (11/10/11) | 1A316-91661 to -91666 | | | |
| M | 5-01 | Dixon Hughes management letter for 2011 (9/5/12) | 1A316-91437 to -91440 | | | |
| M | 5-02 | 1st Class Sleep and Affiliates combined financial statements for 2011 | 1A316-91390 to -91409 | | | |
| M | 5-03 | Dixon Hughes workpapers for 1st Class Sleep, reclassifying journal entries report for 2011 | 1A316-91577 to -91579 | | | |
| M | 5-04 | Dixon Hughes workpapers for 1st Class Sleep, adjusting journal entries & eliminating journal entries reports for 2011 | 1A316-91540 to -91543, 91487 to 91489 | | | |
| M | 5-05 | Dixon Hughes workpaper, reconciliation of equity for 1st Class Sleep (2011) | 1A316-93398 to -93401 | | | |
| M | 5-06 | Dixon Hughes workpaper, 1st Class Trial Balance and Tax Trial Balance for 2011 | 1A316-91613 to -91618, -91490 to -91495, 89738 to 89746 | | | |
| M | 5-07 | Dixon Hughes book to tax reconciliation for 1st Class Sleep for 2011 | 1A316-89750 to -89762 | | | |
| M | 5-08 | Annual Preparer Checklist S Corporation Income Tax Return 2011 for 1st Class Sleep | 1A316-89736 to -89737 | | | |
| M | 5-09 | Form 8879-S, IRS e-File Signature Authorization for 2011 1st Class Sleep | 1A316-97928 to -97930 | | | |
| M | 5-10 | Form 8879-S, IRS e-File Signature Authorization for 2011 Young Yi & Bum H Son personal tax return | 1A407-141410 to -141414 | | | |
| M | 5-11 | 1st Class Sleep Diagnostics Depreciation Expense financials (2011) & workbooks regarding Kim & Associates | 1A316-92025 to -92037, 91913 to 91922 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| M | 5-12 | Dixon Hughes workpapers regarding General Ledger of 1st Class Sleep and Quality DME for 2011 | 1A316-91954 to 91955, 92101, 92065 | | | |
| M | 6 | Dixon Hughes engagement letter for 2012 (11/14/12) | 1A316-96526 to -96531 | | | |
| M | 6-01 | Dixon Hughes workpapers for 1st Class Sleep, reclassifying journal entries report for 2012 | 1A316-70907 to -70909 | | | |
| M | 6-02 | Dixon Hughes workpapers for 1st Class Sleep, adjusting journal entries & eliminating journal entries reports for 2012 | 1A316-70864 to -70867, 70799 to -70801 | | | |
| M | 6-03 | Dixon Hughes workpaper, reconciliation of equity for 1st Class Sleep (2012) | 1A316-69799 to -69802 | | | |
| M | 6-04 | Dixon Hughes workpaper, 1st Class Trial Balance and Tax Trial Balance for 2012 | 1A316-70802 to -70808, 70949 to -70954, 90127 to 90134 | | | |
| M | 6-05 | Dixon Hughes book to tax reconciliation & depreciation expense financials for 1st Class Sleep for 2012 | 1A316-71130 to -71135, 85559 to -85568 | | | |
| M | 6-06 | Dixon Hughes workpaper, combined details for entities for 2012 | 1A316-70792 to -70798 | | | |
| M | 6-07 | Form 8879-S, IRS e-File Signature Authorization for 2012 1st Class Sleep | 1A316-98073 | | | |
| M | 6-08 | Form 8879-S, IRS e-File Signature Authorization for 2012 Young Yi & Bum H Son personal tax return | 1A407-142127 to -142130 | | | |
| M | 6-09 | Dixon Hughes management letter for 2012 (6/18/13) | 1A-463033 to -463035 | | | |
| M | 6-10 | Dixon Hughes Review Engagement Acceptance/Continuance/Checklist (11/2013) | 1A316-72025 to -72032 | | | |
| M | 7 | 1st Class Sleep and Affiliates combined financial statements for 2012 | 1A316-70781 to -70789 | | | |
| M | 8 | QuickBooks 1st Class balance sheet for 2012 | 1A316-90794 to -91256 | | | |
| M | 9 | Folder titled American Express and statements from folder | 1B472-285572, 285639-285691 | | | |
| M | 10 | Alpine Pool & Design invoices, payments, and project details (2009) | 1A644-193368 to -193388 | | | |
| M | 11 | Records from Paragon Homes Inc. | 1B491-372523 | | | |
| M | 19 | Letter from Young Yi to Virginia Board of Medicine (4/12/13) | 1A331-103628 to -103629 | | | |
| M | 20 | Dr. Mellis 2007 contract with 1st Class Sleep | 1B477-00298372 to -298377 | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| M | 20-01 | Dr. Mellis 2013 contract with 1st Class Sleep | 1B477-00298378 to -298387 | | | |
| | | | | | | |
| SW | 1 | 1st Class Sleep – Floorplan | Sentinel-00397498 | | | |
| SW | 1A | Summary of Digital Items Collected during Search of 1st Class | | | | |
| SW | 2A | Search Video Still – Entrance, 1st Class Sleep | 1A104-00005581 | | | |
| SW | 2B | Search Video Stills – Room M/N, 1st Class Sleep | 1A104-00005581 | | | |
| SW | 2C | Search Video Stills – Room P | 1A104-00005581 | | | |
| SW | 3 | Seized Items – Physical | | | | |
| SW | 4 | Seized Items – Patient Chart Detail | | | | |
| SW | 5 | Sleep Daily Scheduled 2013 | OPM-497689 | | | |
| SW | 6 | Sleep Study Log 2012 – Lam | FTK report | | | |
| SW | 7 | Quickbook Records – Profit and Loss Statements (2005-2013) | 1B472-285170 to -285173, -284358, -284965 to 284970, -284411to -284412, -284953 to -284956; 1A316-85194 to -85205, -85873 to -85875, 1A-00459567; 1A-460324, -457236 to -457238, -457471 to -457473 | | | |
| SW | 27 | **[BULK]** Cash Flow Reports binder (physical item) | | | | |
| SW | 30 | **[BULK]** Monthly Report May 2011 (physical item) | | | | |
| SW | 31 | **[BULK]** Accomplishment folder (physical item) | | | | |
| | | | | | | |
| ST | 1 | Summary of IRS Records | | | | |
| ST | 2 | Summary of Tax Loss Calculations | | | | |
| ST | 3 | Summary of 1st Class Sleep QuickBooks review | | | | |
| SF | 1 | Bank Accounts Reviewed | | | | |
| SF | 2 | Insurance Funds Deposited to Business Accounts | | | | |
| SF | 3 | Expenditures by Category | | | | |

| Exhibit Prefix | Exhibit Number | Description | Bates range | Obj. | Off'd | Adm. |
|---|---|---|---|---|---|---|
| SF | 4 | Selected Checks, Chart 1 | | | | |
| SF | 5 | Selected Checks, Chart 2 | | | | |
| SF | 6 | Selected Checks, Chart 3 | | | | |
| SF | 7 | Property Purchases | | | | |
| SH | 1 | Summary of Medicare Claims Data | | | | |
| SH | 2 | Summary of Joseph Boling's Medicare Claims | | | | |
| SH | 3 | Medicare Summary of Joseph Boling's Medicare Claim for Count 7 | | | | |
| SH | 4 | Summary of Betty Jones' Medicare Claims | | | | |
| SH | 5 | Summary of UHC Claims Data | | | | |
| SH | 6 | Summary of Erika King's Claim for Count 2 | | | | |
| SH | 7 | Summary of Champei Nouv's Claim for Count 3 | | | | |
| SH | 8 | Summary of Olga Levanda's Claim for Count 6 | | | | |
| SH | 9 | Summary of CareFirst Claims Data | | | | |
| SH | 10 | Summary of Mary Ulrey's Claim for Count 5 | | | | |
| SH | 11 | Summary of TRICARE Claims Data | | | | |
| SH | 12 | Summary of Frank Proctor's Claim for Count 4 | | | | |
| SH | 13 | Summary of Cigna's Claims Data | | | | |

The government further respectfully requests leave of the Court to file additional exhibits if necessary.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Sandra Moser
Acting Chief, Fraud Section

Criminal Division
U.S. Department of Justice


By:      _____/s/_____
         Katherine L. Wong
         Ryan S. Faulconer
         Assistant United States Attorneys
         United States Attorney's Office
         2100 Jamieson Avenue
         Alexandria, VA 22314
         Phone: (703) 299-3700
         Fax: (703) 299-3981
         Email:  katherine.l.wong@usdoj.gov
                 ryan.faulconer2@usdoj.gov


By:      _____/s/_____
         Kevin Lowell
         Special Assistant U.S. Attorney (E.D. Va.)
         Trial Attorney, Fraud Section
         Criminal Division
         U.S. Department of Justice
         1400 New York Avenue, Suite 8410
         Washington, DC 20005
         Phone: (202) 262-7795
         Email: kevin.lowell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018, I will electronically file the foregoing with the Clerk of

Court using the CM/ECF, which will then send a notification of such filing (NEF) on counsel of record.


By:     _____/s/_____
        Katherine L. Wong
        Assistant United States Attorney