IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

Case No. 17-CR-224

YOUNG YI,
        Defendant.

The Honorable Liam O'Grady

## GOVERNMENT'S WITNESS LIST

The United States of America hereby files this list of witnesses it anticipates it may call in its case-in-chief. The United States reserves the right to amend its witness list prior to and during trial:

1. Ahn, Dannie 7/23 - 7/24 ✓
2. Ahn, Tim 7/17/18 ✓ - 7/18/18 ✓
3. Anderson, Stephanie 7/25/18 ✓
4. Antwine, Terri
5. Bergman, Kenneth 7/18/18 ✓
6. Boling, Joseph
7. Bramlet, Patricia 7/19/18 ✓
8. Cabiling, William
9. Cabral, David
10. Cabral, Robert
11. Carden, Kelly
12. Clark, Jinah 7/17/18 ✓
13. Coufal, Tracy
14. Creech, Phillip 7/19/18 ✓ /18 ✓
15. DeMarchena, Fedor 7/24/18 ✓
16. Denham, Ed
17. Donovan-Ly, Byron 7/16/18 - 7/17/18 ✓
18. Duong, Lam
19. Goad, Jacqueline
20. Holmes, John 7/25/18 ✓
21. Hunasikatti, Mahadevappa
22. Imgrund, Joseph
23. Johnson, Karen
24. Khay, Meng
25. Kim, Angie
26. King, Erika 7/19/18 ✓
27. Lee, Paul 7/19/18 - 7/23/18 ✓
28. Lee, Yoon Joo
29. Lessner, Wanda 7/18/18 ✓
30. Levanda, Olga 7/16/18 ✓
31. Lyle, Joy 7/19/18 ✓
32. Markin, Laurie 7/18/18 ✓
33. Markland, Tina 7/23/18 ✓
34. Maroulis, Jennifer 7/25/18 ✓
35. Marrone, Jessica 7/17/18 ✓
36. Matzell, Melinda
37. Mehndiratta, Yash
38. Mellis, Michael 7/19/18 ✓
39. Molaiy, John 7/18/18 ✓
40. Nguyen, Tuyet
41. Nouv, Champei 7/17/18 ✓
42. Pervaiz, Zahid 7/24/18 ✓
43. Proctor, Frank
44. Russell, Emily 7/19/18 ✓
45. Sin, Yong 7/17/18 ✓
46. Toran, Sarah
47. Ulrey, Mary
48. Yanger, Melina 7/23/18 ✓

1

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Katherine L. Wong
Ryan Scott Faulconer
Kevin Lowell
Counsel for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3999
Fax: (703) 299-3981
E-mail: katherine.l.wong@usdoj.gov
ryan.faulconer2@usdoj.gov
kevin.Lowell@usdoj.gov