# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Virginia |
|---|---|---|

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Young Yi | Case Number: 1:17CR224 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Liam O'Grady | Wong, Lowell, Faulconer | Hoffman, Ogrosky, Smith |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/16/2018-7/ | N. Linnell/A. Thomson | Amanda |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/19/2018 | | | Defense calls witness Carly Zeltner |
| | | 7/23/2018 | | | Defense calls witness Dr. Alan Schwartz |
| | | 7/25/0208 | | | Defense calls witness Eric Eisen |
| | | 7/25/2018 | | | Defense calls witness Pastor Daniel Duis |
| | | 7/25/2018 | | | Defense calls witness Bum Hyun Son |
| | | 7/26/2018 | | | Defense calls witness Dr. Wesley Hong |
| | 21A | 7/25/2018 | yes | yes | Bill of Sale - Quality Diagnostics Inc - E.E. |
| | 27 | 7/23/2018 | yes | yes | Schwartz Retainer - A.S. |
| | 27-1 | 7/23/2018 | yes | yes | Dr, Schwartz Resume - A.S. |
| | 28 | 7/23/2018 | yes | yes | Final Report by Dr. Alan Schwartz - A.S. |
| | 150 | 7/23/2018 | yes | no | D.A. Annex company credit card report - M.Y. |
| | 49 | 7/18/2018 | yes | no | Email from Joy Lyle to Y.Y. |
| | 51 | 7/18/2018 | yes | yes | Dr. M obligations/agreement - T.A. |
| | 52 | 7/18/2018 | yes | yes | Email from Dannie Ahn - T.A. |
| | 53 | 7/18/2018 | yes | yes | Doc. Prepared by T.A. - T.A. |
| | 54 | 7/18/2018 | yes | yes | 6/20/13 Letter from Dr. Bergman to employees - K.B. |
| | 55 | 7/18/2018 | yes | yes | 1st Class Policies and Procedures - K.B. |
| | 56 | 7/19/2018 | yes | yes | Ancillary Services Agreement - E.R. |
| | 250 | 7/25/2018 | yes | yes | Email from D.A. to E.E. to sign ownership - E.E. |
| | 24 | 7/25/2018 | yes | no | Draft of message from YY to her staff - E.E. |
| | 57 | 7/19/2018 | yes | yes | Thank you email from E.K. - E.K. |
| | 58 | 7/19/2018 | yes | yes | Performance Review Doc. - E.K. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | United States of America | | vs. | Young Yi | CASE NO. 1:17CR224 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 60A- | 7/19/2018 | yes | yes | Brochures  (Exhibits 60A-K) - C.Z. | |
| | 79 | 7/23/2018 | yes | yes | Re: D.A. - T.M. | |
| | 140 | 7/24/2018 | yes | yes | Joy emailing DA re: cigna issue - D.A. | |
| | 100 | 7/24/2018 | yes | yes | Pics 1st class employees - DA family (exhibit 100A) - D.A. | |
| | 100 | 7/24/2018 | yes | yes | Pics 1st class employees - DA friends (exhibit 100B) - D.A. | |
| | 75 | 7/24/2018 | yes | yes | Email from D.A. to Asia - D.A. | |
| | 74 | 7/24/2018 | yes | yes | Email from D.A. to Young Yi - D.A. | |
| | 85 | 7/24/2018 | yes | yes | Email from D.A. to Young Yi - D.A. | |
| | 29 | 7/25/2018 | yes | yes | Telephone script for employees - E.E. | |
| | 87 | 7/24/2018 | yes | yes | More emails from D.A. to Y.Y. - D.A. | |
| | 91 | 7/24/2018 | yes | yes | Email from D.A. to employees "goodbye email" - D.A. | |
| | 68 | 7/24/2018 | yes | yes | First Class All - D.A. | |
| | 62 | 7/24/2018 | yes | yes | Email from D.A. to Dr. Mehndiratta - D.A. | |
| | 63 | 7/24/2018 | yes | yes | 8/2Email from D.A. to Dr.. M. - D.A. | |
| | 141 | 7/24/2018 | yes | yes | Email from D.A. to Y.Y. 9/29/2012 - D.A. | |
| | 102 | 7/24/2018 | yes | no | F.D. | |
| | 102 | 7/25/2018 | yes | yes | Real Property LLC's Used by Companies (exhibit 102A) - S.A. | |
| | 102 | 7/25/2018 | yes | yes | Real Property Rental Investment 4 LLC's (exhibits 102B) - S.A. | |
| | 105 | 7/24/2018 | yes | yes | Combined Financial Statement 2010 - Z.P. | |
| | 41 | 7/24/2018 | yes | yes | Sept. 20,2012 Job Offer Letter (Email) - Z.P. | |
| | 127 | 7/24/2018 | yes | yes | 10/3/2013 Email from Y.Y. to Z.P. re: Florida trip - Z.P. | |
| | GJ1 | 7/18/2018 | yes | no | Grand Jury Transcript - T.A. | |
| | 33 | 7/25/2018 | yes | yes | Draft Overpayment letter to Novitas Solutions - E.E. | |
| | 2 | 7/25/2018 | yes | yes | Strategic Management Corporate Compliance Program - E.E. | |
| | 3 | 7/25/2018 | yes | yes | Strategic Management Target Compliance Program Training - E.E. | |